**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50421 |
| Plaintiff - Appellee, | D.C. No. 5:14-cr-00013-VAP |
| v. | |
| FABIAN MONDRAGON-AYALA, a.k.a. Fabian Ayala Mondragon, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted October 14, 2015**

Before: SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

Fabian Mondragon-Ayala appeals from the district court's judgment and

challenges his guilty-plea conviction and 46-month sentence for illegal reentry by

an alien following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders*

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*v. California*, 386 U.S. 738 (1967), Mondragon-Ayala's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Mondragon-Ayala the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Mondragon-Ayala waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary. He also waived the right to appeal his sentence, with the exception of the court's calculation of his criminal history category. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to the voluntariness of Mondragon-Ayala's plea or the criminal history category calculated by the court. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**